UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| A | Certified Mail Signed Return Receipt – Suntrust Bank |
| B | Certified Mail Signed Return Receipt – Jorin G. Rubin, Esq. |
| C | Certified Mail Signed Return Receipt – James B. Baldinger, Esq. |
| D | Certified Mail Signed Return Receipt – Garda Security, Inc. |
| E | Letter from The Corporation Company, dated April 9, 2015 Re: Garda Security, Inc. |
| F | E:mail from Judith Nourse, dated April 10, 2015 Re: Garda World Cash Services Headquarters |
| G | Certified Mail Signed Return Receipt – Han's Electronics |
| H | Certified Mail Signed Return Receipt – Eric Mandreger |
| I | Certified Mail Signed Return Receipt – Garda World Cash Services Headquarters |
| J | Certified Mail Signed Return Receipt – Mr. JR Rote (Verizon) |
| K | Certified Mail Signed Return Receipt – Mr. Brad Pentola (Asurion) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| L | Certified Mail Signed Return Receipt – Wissam Hachem Kanaan |